Jackie Marie BRUMBAUGH,
Plaintiff/Respondent,

v.

Dale J. MONTGOMERY,
Defendant/Appellant.

No. 72763.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 24, 1998.

Dale J. Montgomery, pro se.

Kent W. Fanning, St. Peters, for respondent.

Before JAMES A. PUDLOWSKI, P.J.,
and WILLIAM H. CRANDALL Jr., J., and
CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Defendant Dale J. Montgomery appeals from a judgment awarding Jackie Brumbaugh $25,000 actual damages and $25,000 punitive damages for sexual assault. Montgomery, appealing the judgment *pro se*, argues that the trial court erred in (1) awarding the plaintiff a judgment when there was no medical evidence of damages, (2) refusing to appoint an attorney for Montgomery, and (3) allowing the trial to proceed without a jury.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Corey A. WATT, Defendant/Appellant.

No. 73950.

Missouri Court of Appeals,
Eastern District,
Division One

Nov. 24, 1998.

Irene Karns, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and
CRANDALL and AHRENS, JJ.

## ORDER

PER CURIAM.

Corey A. Watt appeals his conviction, after a trial by jury in the Circuit Court of the County of St. Louis, of assault in the first degree, Section 565.050 RSMo 1994. Defendant was sentenced to five years in the Missouri Department of Corrections.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 30.25(b).